# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00170-CV

**JJT, Inc., Appellant**

**v.**

**John T. Stokes, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 273,960, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant JJT, Inc. and appellee John T. Stokes have filed a joint motion asking this Court to reverse and remand the cause for further proceedings. We grant the motion, reverse the trial court's judgment, and remand the cause for further proceedings.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Reversed and Remanded on Joint Motion

Filed:   April 15, 2004